**Roger OSBORN, Plaintiff–Appellant,**

v.

**Joseph P. SACCHET, Warden,**
**Defendant–Appellee.**

**No. 02–7374.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 23, 2003.

Roger Osborn, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Roger Osborn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Osborn v. Sacchet,* No. CA–01–4247–MJG (D.Md. July 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*